1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11     CESAR GARCIA-RODRIGUEZ,                    Case No. 2:21-cv-00552-KJD-NJK

12                    Petitioner,                 **ORDER**

13          v.

14     HUTCHING, et al.,

15                    Respondents.

16

17          Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted

18   an application to proceed in forma pauperis and a petition for a writ of habeas corpus.  ECF No.

19   1, 1-1.  He did not include with his application a financial certificate and a copy of his inmate

20   account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

21          IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF

22   No. 1) is **DENIED** without prejudice.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                               1

1    IT FURTHER IS ORDERED that petitioner must file another application for leave to

2 proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his

3 inmate account.  The clerk of the court shall send petitioner a blank application form for

4 incarcerated litigants.  In the alternative, petitioner must make the necessary arrangements to pay

5 the filing fee of $5.00, accompanied by a copy of this order.  Petitioner will have 45 days from

6 the date that this order is entered to comply.  Failure to comply will result in the dismissal of this

7 action.

8    DATED:    April 15, 2021

9    _____

10   KENT J. DAWSON
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2